In the Matter of the Claim of WILLIAM DAVIDOWICZ, Respondent, against HAROLD D. KLIPSTEIN, as Trustee of of DEARBORN MANUFACTURING CORPORATION, Bankrupt Appellant. STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided October 20, 1936.)

544

*Harold H. Levin* for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.